No. 622.—EMILY SITTIG, Tutrix, *v.* A. W. LITTELL, et als.

Where judgment has been rendered in the lower court against the maker and indorser of a promissory note, and the maker appeals, he must make the indorser a party, otherwise the appeal will be dismissed for want of proper parties.

APPEAL from the District Court, parish of St. Landry. *Bailey,* J. *T. H. & E. Lewis,* for plaintiff and appellee, *Duprie & Garland,* for defendants and appellants.

HOWELL, J. In this case judgment *in solido* was obtained against the two makers and the indorser of a promissory note, from which the two makers took this appeal by petition and asked that the plaintiff be cited. It is manifest that the indorser has an interest and should be a party to the appeal, and as this court will notice, of its own motion, the want of proper parties, the appeal must be dismissed. 12 R. 203; 4 A. 577; 11 A. 409; 12 A. 755, 774, 801; 3 A. 317; 19 A. 137.

It is therefore ordered that the appeal herein be dismissed with costs.